# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMIE MURILLO-GASTELUM (1),<br><br>  Defendant. | Case No. 18-CR-1617-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the information without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the information against Jamie Murillo-Gastelum.

**IT IS SO ORDERED.**

**DATED:** July 16, 2018

Hon. Cynthia Bashant
United States District Judge